H. H. ELDER & Co. (NIPPON DRY GOODS Co.) *v.* UNITED STATES

**No. 4482.**—Invoices dated Yokohama, Japan, March 25, 31, 1936.
Certified March 25, April 1, 1936.
Entered at Los Angeles, Calif., April 23, 28, 1936.
Entry Nos. 8920, 9080.

(Decided December 28, 1938)

*Lawrence & Tuttle (Geo. R. Tuttle* of counsel) for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General *(Samuel D. Spector,* special attorney), for the defendant.

BROWN, Judge: These appeals to reappraisement have been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts, I find the dutiable values of the merchandise identified on the invoices by the item number 35/1056 and by the initials G. R. G. of Examiner Geo. R. Gulick, are the unit prices as shown by the typewritten figures on said invoices plus the cost of packing as invoiced. As to any other merchandise involved, the proper values are the values returned by the appraiser. Judgment will be rendered accordingly.

UNITED STATES *v.* HOWARD BROS. MFG. Co.

**No. 4483.**—Invoice dated Manchester, England, September 29, 1937.
Certified October 1, 1937.
Entered at Worcester, Mass., October 16, 1937.
Entry No. W–31.

(Decided December 28, 1938)

*Webster J. Oliver,* Assistant Attorney General *(Daniel I. Auster,* special attorney), for the plaintiff.
*Joseph F. Lockett* for the defendant.

SULLIVAN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is 9 shillings and 4 pence English currency per yard, packing included. Judgment will be rendered accordingly.